IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE A. LING, JR.,

    Plaintiff,

v.                                            4:21cv34-WS/MJF

KILOLO KIJAKAZI, Commissioner
of Social Security,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 22) docketed May 24, 2022. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for disability insurance benefits be affirmed. The plaintiff has filed no objections to the report and recommendation, despite having been granted an extension of time to do so.

    The undersigned having reviewed the record, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (ECF No. 22).

2. The Commissioner's decision to deny the plaintiff's application for disability insurance benefits is AFFIRMED.

3. The plaintiff's "Motion of Supplemental Certification Newly Developed/ Discovered Evidence" (ECF No. 20) is DENIED.

4. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED."

5. The clerk shall close the case.

DONE AND ORDERED this __22nd__ day of __August__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE